UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS J. ERICKSON,<br><br>Defendant | Criminal No.   24cr10185<br><br>Violation:<br><br>Count One: Embezzlement from a Labor Union (29 U.S.C. § 501(c))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

INFORMATION

COUNT ONE
Embezzlement from a Labor Union
(29 U.S.C. § 501(c))

The Acting United States Attorney charges:

From on or about July 1, 2019, through October 31, 2020, in Lowell, in the District of Massachusetts, and elsewhere, the defendant,

THOMAS J. ERICKSON,

did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets, in the approximate amount of $36,649 of the Laborers Local Union 429, a labor organization engaged in an industry affecting commerce, by which he was directly and indirectly employed.

All in violation of Title 29, United States Code, Section 501(c).

<u>FORFEITURE ALLEGATION</u>
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Acting United States Attorney further alleges:

1. Upon conviction of the offense in violation of Title 29, United States Code, Section 501(c), set forth in Count One of this Information, the defendant,

THOMAS J. ERICKSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

　　a. a forfeiture money judgment in the amount of $27,000.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

　　(a) cannot be located upon the exercise of due diligence;

　　(b) has been transferred or sold to, or deposited with, a third party;

　　(c) has been placed beyond the jurisdiction of the Court;

　　(d) has been substantially diminished in value; or

　　(e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of

any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Laura J. Kaplan*
BY:   Laura J. Kaplan
Assistant U.S. Attorney

Date:   June 27, 2024